**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7018**

ANTHONY W. HORNE,

                    Plaintiff – Appellant,

          v.

STEPHEN BAILEY, Police Officer; RICHARD M. JACKSON, Police
Officer; DAVID M. COOPER, Police Officer,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Senior
District Judge. (1:10-cv-00641-CMH-IDD)

Submitted: January 13, 2011          Decided: January 19, 2011

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony W. Horne, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Horne appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Horne v. Bailey, No. 1:10-cv-00641-CMH-IDD (E.D. Va. June 25, 2010). We deny Horne's motion for a certificate of appealability. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2